# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS A. RILEY, JR.,** : | |
|        **Plaintiff,** : | |
| : | |
|     **V.** : | **Civ. No. 17-489** |
| : | |
| **MUTUAL INSURANCE COMPANY** : | |
| **LIMITED,** : | |
|        **Defendant.** : | |

## **J U D G M E N T**

**AND NOW**, this 8th day of January, 2019, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 74), Plaintiff's Response in Opposition (Doc. No. 78), Defendant's Reply (Doc. No. 79), and Plaintiff's Sur-Reply (Doc. No. 80), as well as the exhibits submitted by the Parties and all related submissions, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 74) is **GRANTED**;

2. Judgment is **ENTERED** against Plaintiff Thomas A. Riley, Jr. and in favor of Defendant Mutual Insurance Company Limited; and

3. The **COURT OF CLERK** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.